IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 3:14-CR- 13 -CAR |
| v. | : VIOLATION(S): |
| | : 18 U.S.C. § 2422(b) |
| BRYANT TERRANCE COOPER, | : 18 U.S.C. § 2426 |
| a/k/a BRYAN COOPER, | : 18 U.S.C. § 3559(e) |
| | : 18 U.S.C. § 2428 |
| Defendant. | : 18 U.S.C. § 981 |
| | : 28 U.S.C. § 2461 |

THE GRAND JURY CHARGES:

## COUNT ONE

(Coercion and Enticement of a Minor to Engage in Sexual Activity)

That on or about January 21, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRYANT TERRANCE COOPER, a/k/a
BRYAN COOPER,**

defendant herein, did use any facility or means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual, K.C., who had not attained the age of eighteen (18) years, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, a criminal offense under Georgia law, to wit, Child Molestation, in violation of O.C.G.A. § 16-4-4, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

### (Coercion and Enticement of a Minor to Engage in Sexual Activity)

That on or about January 27, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRYANT TERRANCE COOPER, a/k/a
BRYAN COOPER,**

defendant herein, did use any facility or means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual, K.C., who had not attained the age of eighteen (18) years, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, a criminal offense under Georgia law, to wit, Child Molestation, in violation of O.C.G.A. § 16-4-4, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

### (Coercion and Enticement of a Minor to Engage in Sexual Activity)

That on or about January 30, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRYANT TERRANCE COOPER, a/k/a
BRYAN COOPER,**

defendant herein, did use any facility or means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual, K.C., who had not attained the age of eighteen (18) years, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, a criminal offense

under Georgia law, to wit, Child Molestation, in violation of O.C.G.A. § 16-4-4, all in violation of Title 18, United States Code Section 2422(b).

## FORFEITURE NOTICE

### (18 U.S.C. § 2428, 18 U.S.C. § 981, and 28 U.S.C. § 2461 - Criminal Forfeiture)

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 2428.

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 2422(b) set forth in Counts One through Three of this Indictment, the defendant,

### BRYANT TERRANCE COOPER, a/k/a BRYAN COOPER,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2428, Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461(c), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred, sold to or deposited with, a third person;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) through Title 18, United States Code, Section 981.

All pursuant to 18 U.S.C. § 2428, 18 U.S.C. § 981, and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of March, AD 2014.

_____
Deputy Clerk