AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| BRYANT TERRANCE COOPER a/k/a BRYAN COOPER | ) Case No. 3:14-CR-13-001 (CAR) |
| Defendant | ) |

1420-0312-6940J
Fid #9472254
USMS # 65822-019

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRYANT TERRANCE COOPER a/k/a BRYAN COOPER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Coercion and Enticement of a Minor to Engage in Sexual Activity (3 Counts)

Date: March 12, 2014

s/ Gail G. Sellers
*Issuing officer's signature*

City and state: Athens, Georgia

Gail G. Sellers, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 03-12-14, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*: previously arrested
*Printed name and title*: on complaint warrant 03-05-14 by FBI