## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

UNITED STATES OF AMERICA,

v.

BRYANT TERRANCE COOPER, a/k/a
BRYAN COOPER,

Defendant.

NO. 3 : 14-MJ-26-CHW

CRIMINAL COMPLAINT

To:    United States Marshal, Middle District of Georgia
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him/her FORTHWITH before the nearest available judicial officer to answer a(n):

- □ Indictment
- □ Information
- X Complaint
- □ Order of Court
- □ Violation Notice
- □ Probation Violation Petition

charging him with:

using any facility or means of interstate commerce, to wit: the internet; email; text messaging; voice over internet phone services; knowingly persuaded induced, enticed, or coerced, an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, or attempted to do so; all in violation of Title 18, United States Code, Section 2422(b).

Dated at Macon, Georgia, this 28ᵗʰ day of February , 2014.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

1401 N. Hairston Rd #17-N, Stone Mountain, GA 30083

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/27/13 | FBI SA Jamie Hipkiss | |
| DATE OF ARREST 03/05/14 | | |