IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:14-CR-13-CAR |
| | : | |
| v. | : | VIOLATION(S): |
| | : | 18 U.S.C. § 2422(b) |
| BRYANT TERRANCE COOPER, | : | 18 U.S.C. § 2426 |
| a/k/a BRYAN COOPER, | : | 18 U.S.C. § 3559(e) |
| | : | 18 U.S.C. § 2428 |
| Defendant. | : | 18 U.S.C. § 981 |
| | : | 28 U.S.C. § 2461 |

## P L E A

I, BRYANT TERRANCE COOPER, a/k/a BRYAN COOPER, having been advised of my Constitutional rights and having had the charges herein stated to me in open Court, plead **not guilty** to the Indictment in open Court, this **21st** day of **March**, 2014.

_____
BRYANT TERRANCE COOPER,
a/k/a BRYAN COOPER

_____
ATTORNEY FOR DEFENDANT

_____
DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY