# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRYANT TERRANCE COOPER,<br>a/k/a BRYAN COOPER | Case No.: 3:14-CR-00013-CAR |

## MOTION TO DECLARE CASE COMPLEX
## PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(ii) and
## SPECIALLY SET THE TRIAL OF THIS CASE

Comes now undersigned counsel, Christina L. Hunt, counsel for BRYANT TERRANCE COOPER, Defendant above-named, and hereby moves this court pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) to declare this case complex and to specially set the trial of this case.

For the record, Mr. Cooper was indicted on March 11, 2014, and charged in a three count indictment which charges him with three separate counts of violating 18 USC §2422(b), coercion and enticement of a minor to engage in sexual activities. Mr. Cooper was arraigned on March 21, 2014 and was appointed counsel on that date.

Discovery has not yet been provided, however, counsel has been notified that it will evidence from search warrants executed on Facebook accounts, reports from the Athens Clarke County Police Department, computer chat logs and other computer forensic materials. The parties anticipate that the discovery will be voluminous. It is expected that the defense may need to engage experts to review these materials as well as experts in other areas, including Mr. Cooper's mental health. Additionally, this case spans more than one jurisdiction, and charges may be pending in those other jurisdictions.

In order for counsel to adequately and effectively represent Mr. Cooper, preparation for pretrial proceedings and the trial will require more time than the time limits established by the Speedy Trial Act.

Given the above, counsel requests that the court declare this case is complex in nature, and the provisions of the Speedy Trial Act should be suspended. Counsel has spoken to opposing counsel, Danial Bennett, of the United States Attorney's Office for the Middle District of Georgia who concurs that this case should be declared complex, and that the case should be specially set for trial.

Dated this 30th day of April 2014.

Respectfully submitted,

Cynthia W. Roseberry, Executive Director
Federal Defender Program,
Middle District of Georgia, Inc.

S/ Christina L. Hunt
CHRISTINA L. HUNT
Senior Litigator
Federal Defender Program for the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Ga. Bar No. 378501

# CERTIFICATE OF SERVICE

      I, Christina L. Hunt, hereby certify that on April 30, 2014, I electronically filed the Defendant's Motion to Declare Case Complex with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

Respectfully submitted,

Cynthia W. Roseberry, Executive Director
Federal Defender Program,
Middle District of Georgia, Inc.

S/ Christina L. Hunt
CHRISTINA L. HUNT
Senior Litigator
Federal Defender Program for the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Ga. Bar No. 378501