# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 3:14-CR-13 (CAR) |
| | : | |
| BRYANT TERRANCE COOPER, | : | |
| a/k/a BRYAN COOPER | : | |
| _____ | : | |

## MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

COMES NOW, the United States of America, Plaintiff, by and through its attorney, the United States Attorney for the Middle District of Georgia, pursuant to Federal Rule of Criminal Procedure 48(a), and by Leave of Court, herby moves to dismiss the above-styled Indictment against Defendant Bryant Terrance Cooper, a/k/a Bryan Cooper (hereinafter "Defendant,") without prejudice, for the following reasons:

On February 28, 2014, the Government obtained a Criminal Complaint [Doc. 1]. On March 5, 2014, Defendant was arrested at his residence in Dekalb County. Upon his arrest, agents executed a search warrant at Defendant's residence and took into custody a number of items of suspected child pornography for further analysis. On March 11, 2014, the Grand Jury in this District returned an Indictment [Doc. 5] charging Defendant with three counts of Coercion and Enticement of a Minor to Engage in Sexual Activity in violation of Title 18, United States Code, Section 2422(b), for conduct which occurred with a minor within the Athens Division.

On May 12, 2015, the Grand Jury in the Northern District of Georgia returned an Indictment [*see* 1:15-cr-00223-UNA, Doc 1] charging Defendant with Sexual Exploitation of Children, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e). On July 23, 2015, Defendant was arraigned in the United States District Court for the Northern District of Georgia.

In light of these developments, the Government now moves to dismiss the Indictment against Defendant, without prejudice, at this juncture.

RESPECTUFLLY SUBMITTED, this 27th day of July, 2015.

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY

BY:   */s/ Danial E. Bennett*
       DANIAL E. BENNETT
       Assistant United States Attorney
       Georgia Bar No. 052683
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202
       Telephone: (478) 752-3511
       Email: danial.bennett@usdoj.gov

# CERTIFICATE OF SERVICE

I, DANIAL E. BENNETT, Assistant United States Attorney hereby certify that on the 27th day of July, 2015, I electronically filed the written and foregoing United States' Motion to Dismiss Indictment Without Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Christina L. Hunt at:
    tina_hunt@fd.org
    Attorney for Defendant Bryant Terrance Cooper, a/k/a Bryan Cooper

                      MICHAEL J. MOORE
                      UNITED STATES ATTORNEY

BY:   */s/ Danial E. Bennett*
       DANIAL E. BENNETT
       Assistant United States Attorney
       Georgia Bar No. 052683
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202
       Telephone: (478) 752-3511
       Email: danial.bennett@usdoj.gov