IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BRYANT TERRANCE COOPER, | : |
| Movant, | : |
| v. | : Case No. 3:14-cr-00013-CAR-CHW-1 |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## REPORT AND RECOMMENDATION

Before the Court is a motion to vacate and set aside arrest filed by Bryant Cooper. (Doc. 50). To the extent this motion seeks relief under 28 U.S.C. § 2241 or § 2255, the charges brought against Cooper in this action were dismissed on August 5, 2015, (Doc. 37), and hence, Cooper is not in custody pursuant to any order or judgment entered in this action. As a result, the Court lacks jurisdiction to entertain Cooper's motion. *See Maleng v. Cook*, 490 U.S. 488, 490 (1989).

Cooper has also filed a motion to expunge the record of his arrest pursuant to a criminal complaint in this District on March 5, 2014. (Doc. 42). Cooper has not shown that this Court has subject matter jurisdiction to expunge his criminal record. *See United States v. Adalikwu*, 757 F. App'x. 909 (11th Cir. 2018). Even if the Court had such jurisdiction, Cooper has shown no equitable basis for expungement of his record. Although the indictment in this case, alleging three counts of coercion and enticement of a minor to engage in sexual activity in violation of 18 U.S.C. § 2422(b), was dismissed, Cooper was subsequently convicted of related charges in the Northern District of Georgia and sentenced on August 18, 2017, to a term of 180 months in prison. *United States v. Cooper*, Case. No. 1:15-cr-223-LMM (N.D.Ga., Aug. 18, 2017).

1

Accordingly, it is **RECOMMENDED** that Cooper's motion to vacate and set aside arrest (Doc. 50) and motion for expungement (Doc. 41) be **DISMISSED**.

**SO RECOMMENDED**, this 22nd day of February, 2021.

s/ Charles H. Weigle_____  
Charles H. Weigle  
United States Magistrate Judge